IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-678-RJC-DCK

| | |
|---|---|
| CHRISTOPHER BROWN, D.D.S., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| MICHAEL FERRONE and INNOVATIVE FOOD HOLDINGS, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) filed by Martin L. White, concerning Jason Steven Koslowe on October 3, 2016. Mr. Jason Steven Koslowe seeks to appear as counsel *pro hac vice* for Defendant Innovative Food Holdings, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 4) is **GRANTED.** Mr. Jason Steven Koslowe is hereby admitted *pro hac vice* to represent Defendant Innovative Food Holdings, Inc.

**SO ORDERED**.

Signed: October 3, 2016

David C. Keesler
United States Magistrate Judge